UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| HEBER LUDIM BATEN ESCALANTE, JOSE ESPINDOLA, AUSENCIO HERRERA, NELSON ROBERTO GODOY SALAZAR and ENMANUEL EIEZER PERALTA, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>MOUNTAIN FARMS, INC. (d/b/a DELMONICO), PAUL PREVITI, KYU OK HAN, and JINNY LEE,<br><br>*Defendants.* | Index No. 1:17-CV-8370-ALC<br><br>**[Proposed Form Of]**<br>**JUDGMENT** |

## <u>JUDGMENT</u>

On January 28, 2019 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Nelson Roberto Godoy Salazar have judgment against Defendants MOUNTAIN FARMS, INC. (d/b/a DELMONICO), PAUL PREVITI, KYU OK HAN, and JINNY LEE (collectively "Defendants"), jointly and severally, in the amount of $5,120.40 (Five Thousand One Hundred Twenty Dollars Forty Cents) which is exclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or

- 2 -

omissions of the Defendants, in connection with the facts and circumstances that are the subject of this action.

Plaintiff agrees that the payment of $5,120.40 (Five Thousand One Hundred Twenty Dollars Forty Cents) on or before April 1, 2020 shall be a reasonable time for such payment.

Dated: _____, 2020

_____